Ann Grgas, Appellant,
against
Lily Harrigan, Respondent.




Ann Grgas, appellant pro se.
Sullivan and Graber (Christine C. Ryan of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Queens County (Larry Love, J.), entered October 4, 2017. The order granted defendant's motion to dismiss the complaint.




ORDERED that the order is affirmed, without costs.
In this action to recover "monies due," defendant moved to dismiss the complaint on the ground, among others, that the action is barred by the statute of limitations. By order entered October 4, 2017, the Civil Court granted defendant's motion.
To the extent that plaintiff argues that the factual allegations in the complaint can be construed as asserting a claim based on fraud, we note that a cause of action based upon fraud must be commenced within six years from the commission of the wrong, or within two years from the date the fraud was discovered or with the exercise of reasonable diligence could have been discovered, whichever is longer (see CPLR 213 [8]; Pericon v Ruck, 56 AD3d 635 [2008]). Here, plaintiff admitted that she was aware of the alleged fraud in 2008 and, thus, this action, commenced in 2017, over eight years later, is time-barred.
Accordingly, the order is affirmed.
PESCE, P.J., WESTON and ALIOTTA, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: May 24, 2019